IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA )
                         )
         v.              )    CRIMINAL ACTION NO.
                         )      2:07cr316-MHT
CURTIS JULIUS            )

<u>ORDER</u>

It is ORDERED that the government's motion to substitute counsel (Doc. No. 13) is granted.

DONE, this the 26th day of March, 2008.


    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE