IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **V.** | ) | **CR. No: 2:07cr316-MHT** |
| | ) | |
| **CURTIS JULIUS** | ) | |

### MOTION TO WITHDRAW AS COUNSEL OF RECORD
### AND FOR APPOINTMENT OF CJA PANEL ATTORNEY

**COMES NOW** the Undersigned Counsel, Donnie W. Bethel, and files this Motion to Withdraw as Counsel of Record and for Appointment of a CJA Panel Attorney on behalf of Defendant, Curtis Julius. In support of this Motion, Undersigned Counsel states the following:

1. The Federal Defenders' Office was appointed to represent Mr. Julius on February 27, 2008.

2. On April 1, 2008, Undersigned Counsel discovered that a conflict exists between Mr. Julius and another client, which conflict requires counsel to withdraw from further representation of both clients. Undersigned counsel will provide additional information under seal if the Court so requests.

3. Undersigned Counsel requests that CJA panel attorney, Sydney Albert Smith, be appointed to represent Mr. Julius in all further proceedings in this case. Mr. Julius will not be prejudiced by such a change in counsel at this time, and Mr. Smith has agreed to accept appointment.

      WHEREFORE, Undersigned Counsel respectfully requests that this Motion be granted.

      Dated this 4th day of April, 2008.

      Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: don_bethel@fd.org
IN Bar Code: 14773-49

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| V. ) | CR. No: 2:07cr316-MHT |
| ) | |
| CURTIS JULIUS ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Matthew W. Shepherd, Assistant U. S. Attorney.

    Respectfully submitted,

    s/ Donnie W. Bethel
    DONNIE W. BETHEL
    Assistant Federal Defender
    201 Monroe Street, Suite 407
    Montgomery, Alabama 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    E-mail: don_bethel@fd.org
    IN Bar Code: 14773-49