IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:070cr316-MHT |
| | ) | |
| CURTIS JULIUS | ) | |

## **ORDER**

Upon consideration of defendant's counsel's motion to withdraw (Doc. # 16) filed April 4, 2008, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

It is further ORDERED that CJA panel attorney Sydney Albert Smith is appointed to represent the defendant in the above-referenced case. The appointed attorney shall file a written notice of appearance with this court.

It is further ORDERED that the new attorney shall review the file and be prepared for all previously set hearings or deadlines.

DONE, this 9th day of April, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE