IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,

   vs.                                          CR. NO. 2:070cr316-MHT

CURTIS JULIUS,

   Defendant.

## NOTICE OF APPEARANCE

COMES now, SYDNEY ALBERT SMITH, CJA Panel Attorney, and files herein his appearance as appointed counsel for the Defendant in the above styled cause.

Counsel in making his appearance, requests:

1. That all notices of continuances, trial settings, docket settings, or otherwise, announcements or notices regarding said case be forwarded to him at his address provided herein.

2. That the name of counsel be entered herein on the appropriate Court records and that he be designated as counsel of record.

Respectfully submitted this the April 9, 2008.

                                                        S/Sydney Albert Smith
                                                        Sydney Albert (Al) Smith
                                                        ASB-3560-H70S
                                                         Attorney at Law

                                                         **Elba Office**
                                                         P. O. Drawer 389

Elba, Al 36323
Phone:      334-897-3658
Fax:        334-897-6824
**Andalusia Office**
119 East Three Notch Ave.
Andalusia, AL 36420
Phone:      334-222-8220
Fax:        334-222-8233
sydneyalbertsmith@charter.net

### CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of April, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Matthew W. Shepherd, Assistant U.S. Attorney
Tommie Hardwick, Assistant U. S. Attorney
Donnie W. Bethel, Assistant Federal Defender.

S/Sydney Albert Smith