IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-316-MHT |
| | ) | |
| CURTIS JULIUS | ) | |

PETITION FOR ORDER DIRECTING THE UNITED STATES
MARSHAL TO RELEASE CUSTODY OF PRISONER

Comes now the United States of America, by and through Leura G. Canary, United States
Attorney and the undersigned Assistant United States Attorney, both for the Middle District of
Alabama, and moves this Honorable Court for an order directing the United States Marshal, Middle
District of Alabama, to release from their custody Curtis Julius, into the custody of Jennifer Rudden,
ATF, and/or Theron Jackson, ATF,  from April 30, 2008, through July 30, 2008, so that said agents
can take such prisoner into custody without the necessity of the presence of a Deputy United States
Marshal.  We further move the Court to enter an order directing Jennifer Rudden, ATF, and/or
Theron Jackson, ATF,  to return said prisoner into the custody of the United States Marshals Service
when they have finished with him.

Respectfully submitted this the 29th of April, 2008.

LEURA G. CANARY
UNITED STATES ATTORNEY


/s/ Matthew W. Shepherd
MATTHEW W. SHEPHERD
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
334.223.7280
334.223.7135 fax

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA          )
                                  )
        v.                        )        CR. NO. 2:07-cr-316-MHT
                                  )
CURTIS JULIUS                     )

CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2008, I electronically filed the foregoing with the Clerk of

the Court using the CM/ECF system which will send notification of such filing to all attorneys on

record.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Matthew W. Shepherd
MATTHEW W. SHEPHERD
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
334.223.7280
334.223.7135 fax

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-316-MHT |
| | ) | |
| CURTIS JULIUS | ) | |

## O R D E R

Upon consideration of the government's motion for release of prisoner filed on April 29, 2008, and for good cause, it is ORDERED that the motion be and hereby is GRANTED.

It is hereby ORDERED that the United States Marshals Service release custody of Curtis Julius, to Jennifer Rudden, ATF, and/or Theron Jackson, ATF, on April 30, 2008, through July 30, 2008, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Jennifer Rudden, ATF, and/or Theron Jackson, ATF, return said prisoner into the custody of the United States Marshals Service when they have finished with him.

DONE this the _____ day of April, 2008.

_____
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE