IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-316-MHT |
| | ) | |
| CURTIS JULIUS | ) | |

## O R D E R

Upon consideration of the government's motion for release of prisoner (Doc. # 22), filed on April 29, 2008, and for good cause, it is ORDERED that the motion be and hereby is GRANTED.

It is hereby ORDERED that the United States Marshals Service release custody of Curtis Julius, to Jennifer Rudden, ATF, and/or Theron Jackson, ATF, on April 30, 2008, through July 30, 2008, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Jennifer Rudden, ATF, and/or Theron Jackson, ATF, return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done, this 29th day of April, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE