IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

vs.                      CR. NO. 2:07-cr-316-MHT

CURTIS JULIUS,
    Defendant.

## NOTICE OF INTENT TO PLEAD GUILTY

COMES now the Defendant, by and through counsel, and advises this Court that the Defendant intends to enter a plea of guilty to the charge.

Respectfully submitted this the 28th day of May, 2008.

S/Sydney Albert Smith
Sydney Albert Smith
CJA Panel Attorney
P O Drawer 389
Elba, AL 36323
334-897-3658 (Phone)
334-897-6824 (Fax)
sydneyalbertsmith@charter.net

## CERTIFICATE OF SERVICE

I hereby certify that I have filed the above electronically with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record, this the 28th day of May, 2008.

S/Sydney Albert Smith
Sydney Albert Smith