IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-CR-316-MHT |
| | ) | |
| CURTIS JULIUS | ) | |
| a/k/a Pickle | ) | |

## MOTION TO CONTINUE SENTENCING

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully requests that the sentencing of the Defendant scheduled by the Court for August 19, 2008, at 10:00 am be continued until September 29, 2008, or later. In support of this motion the United States states the following:

1. On June 5, 2008, the Defendant entered a plea of guilty to Count 1 of the indictment pursuant to a written plea agreement. In the plea agreement, the Defendant agreed to cooperate with the United States in the investigation and prosecution of other criminal offenses of which the Defendant may have knowledge. This agreement included testifying at trial if requested by the United States. In return, the United States agreed to make a motion for a downward departure in the Defendant's sentence of up to 24 months. The sentencing of the Defendant is scheduled for August 19, 2008, at 10:00 am.

2. Pursuant to his cooperation agreement, the United States intends to call the Defendant as a witness to testify at another

criminal trial in the United States District Court for the Middle District of Alabama, case number 2:08-CR-57-MEF, which is scheduled to begin on September 15, 2008. That trial is expected to last approximately one week. Therefore, the Defendant will not have completed his cooperation at the time of the scheduled sentencing on August 19, 2008. It is anticipated that the defendant will have completed his cooperation after his testimony at the trial scheduled to begin on September 15, 2008.

3. The undersigned has spoken with Sydney Albert Smith, attorney for the Defendant, who has indicated that he does not oppose a continuance of the sentencing in this matter, and joins in this motion.

4. Defense counsel has informed the undersigned that he is scheduled for trial in the United States District Court for the Southern District of Alabama on September 23, 2008, in case number CV-07-374, which is expected to last four days. As a result, defense counsel will not be available until September 29, 2008.

WHEREFORE, in order to allow the Defendant to complete his cooperation prior to sentencing, the United States respectfully requests that the sentencing of the Defendant be continued until September 29, 2008, or later.

Respectfully submitted this the 4th day of August, 2008.

        LEURA G. CANARY
        UNITED STATES ATTORNEY

        /s/Matthew W. Shepherd
        MATTHEW W. SHEPHERD
        131 Clayton Street
        Montgomery, Alabama 36104
        Phone: (334) 223-7280
        FAX: (334) 223-7135
        matthew.shepherd@usdoj.gov

```
         IN THE DISTRICT COURT OF THE UNITED STATES
            FOR THE MIDDLE DISTRICT OF ALABAMA
                     NORTHERN DIVISION
```

UNITED STATES OF AMERICA        )
                                )
        v.                      )    CR. NO. 2:07-CR-316-MHT
                                )
CURTIS JULIUS                   )
a/k/a Pickle                    )

CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Sydney Albert Smith, Esq, attorney for the defendant.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Matthew W. Shepherd
MATTHEW W. SHEPHERD
131 Clayton Street
Montgomery, Alabama 36104
Phone: (334) 223-7280
FAX: (334) 223-7135
matthew.shepherd@usdoj.gov