IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
    v.                      )   CRIMINAL ACTION NO.
                            )      2:07cr316-MHT
CURTIS JULIUS               )
```

## ORDER

It is ORDERED as follows:

(1) The government's motion to continue sentencing (Doc. No. 33) is granted.

(2) Sentencing for defendant Curtis Julius, now set for August 19, 2008, is reset for October 23, 2008, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.

DONE, this the 5th day of August, 2008.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE