IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr316-MHT |
| CURTIS JULIUS | ) | (WO) |

### ORDER

It is ORDERED that sentencing for defendant Curtis Julius, now set for October 23, 2008, is reset for November 7, 2008, at 10:00 a.m. at the Frank M. Johnson, Jr. Courthouse complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 21st day of October, 2008.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE